UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY RENEE GIBSON,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL PALLARES, WARDEN,<br><br>Respondent. | No. 2:22-cv-1152 TLN AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2022, petitioner filed a request asking that the consent / decline form she sent to the court which was docketed on July 15, 2022 (ECF No. 7) be rescinded and that a magistrate judge be "appointed to review and decide upon [the] case submitted." See ECF No. 12 (brackets added). The court construes petitioner's filing as a request to withdraw her consent / decline form.

The motion will be granted. The Clerk of Court will be ordered to send petitioner a new consent / decline form, and petitioner will be given fourteen days to complete and return the new form to the court.

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall send petitioner another Consent / Decline of U.S. Magistrate Judge Jurisdiction form.

IT IS FURTHER ORDERED that:

1. Petitioner's request to withdraw her consent / decline form docketed July 15, 2022 (see ECF No. 12), is GRANTED, and

2. Within fourteen days of the date of this order, petitioner shall complete and file the new consent / decline form in this court.

DATED: July 26, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE